**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02428-CMA-BNB

JAMES KLEINERT, an individual,
SPIRIT RIDERS FOUNDATION, a New Mexico nonprofit corporation, and
DAVID GLYNN, an individual,

    Plaintiffs,

v.

KENNETH SALAZAR, in his official capacity as Secretary,
    United States Department of Interior,                                            ROBERT
ABBEY, in his official capacity as Director, Bureau of Land Management,
STEVE BEVERLIN, in his official capacity as iField Manager,
    Dolores Public Lands Office
SALLY E. WISELY, in her official capacity as BLM Colorado State Director,
CONNIE CLEMENTSON, in her official capacity as Field Officer,
    Dolores Public Lands Office, and
GREG SHOOP, in his official capacity as District Manager, Royal Gorge Field Office,

    Defendants.

---

## ORDER OF RECUSAL

---

On September 16, 2011, a Notice of Disclosure (Doc. # 5) was issued, indicating that "[a]ny party wishing to suggest recusal of Judge Arguello may do so within 10 days from the date of this notice." On September 26, 2011, Plaintiffs filed a Motion to Recuse (Doc. # 22). Based on my past professional relationship and present personal friendship with Secretary of Interior Ken Salazar, I believe I should recuse myself. It is, therefore,

ORDERED that Plaintiffs' Motion (Doc. # 22) is GRANTED, the judge's file be returned to the clerk, and that the case be reassigned by random draw.

DATED: September  27 , 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge