**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action No. **11-cv-02428-AP**

**JAMES KLEINERT,**
**SPIRIT RIDERS FOUNDATION,** a New Mexico nonprofit corporation, and
**DAVID GLYNN,**

        Plaintiffs,

v.

**KENNETH SALAZAR,** in his official capacity as Secretary, United States Department of Interior,
**ROBERT ABBEY,** in his official capacity as Director, Bureau of Land Management,
**STEVE BEVERLIN,** in his official capacity as Field Manager Dolores Public Lands Office (BLM/USFS),
**SALLY E. WISELY,** in her official capacity as BLM Colorado State Director,
**CONNIE CLEMENTSON,** in her official capacity as Field Officer Dolores Public Lands Office (BLM/USFS), and
**GREG SHOOP,** in his official capacity as District Manager Royal Gorge Field Office,

        Defendants.

---

**ORDER**

---

Kane, J.

The Order entered in this case on October 25, 2011 (doc. 31), is SEALED.

Dated:  October 28, 2011           BY THE COURT:

                                            **/s/ John L. Kane**
                                            Senior U.S. District Court Judge