**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action No. **11-cv-02428-AP**

**JAMES KLEINERT,**
**SPIRIT RIDERS FOUNDATION,** a New Mexico nonprofit corporation, and
**DAVID GLYNN,**

        Plaintiffs,
v.
**KENNETH SALAZAR,** in his official capacity as Secretary, United States Department of Interior,
**ROBERT ABBEY,** in his official capacity as Director, Bureau of Land Management,
**STEVE BEVERLIN,** in his official capacity as Field Manager Dolores Public Lands Office (BLM/USFS),
**SALLY E. WISELY,** in her official capacity as BLM Colorado State Director,
**CONNIE CLEMENTSON,** in her official capacity as Field Officer Dolores Public Lands Office (BLM/USFS), and
**GREG SHOOP,** in his official capacity as District Manager Royal Gorge Field Office,

        Defendants.

---

**ORDER**

---

Kane, J.

This matter is currently before me on Plaintiffs' Motion to Reconsider the assignment of this case to the court's AP docket. In support of this motion, Plaintiffs state that they intend to file an amended complaint adding numerous non-administrative claims against Defendants.

Plaintiffs' motion for reconsideration is premature and unnecessary. Assignment to the AP docket does not foreclose filing of an amended complaint. Nor does it limit Plaintiffs' ability to seek the relief they seek. It is intended to insure the proper and expeditious treatment of administrative claims — no more, no less. If Plaintiffs file an amended complaint, the assignment of this case will be revisited, and it will be reassigned as warranted.

In the meantime, the parties shall proceed as ordered.  Namely, they shall file their Joint Case Management Plan no later than November 24, 2011.  Plaintiffs may include the fact that they intend to file, or already have filed, an amended complaint containing numerous non-administrative claims in the Joint Case Management Plan.

Dated: November 1, 2011                              BY THE COURT:

**/s/ John L. Kane**
Senior U.S. District Court Judge