**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02428-AP

JAMES KLEINERT, *et al.*,

    Petitioners,

v.

KEN SALAZAR, *et al.*,

    Federal Respondents.

---

**ORDER GRANTING PETITIONERS' AND FEDERAL RESPONDENTS'
JOINT MOTION FOR CLARIFICATION**

---

    Petitioners and Federal Respondents, through the undersigned attorneys, have moved the Court for clarification as to when their Joint Case Management Plan is due. FOR GOOD CAUSE SHOWN, the joint motion is GRANTED. The parties' Joint Case Management Plan shall be due twenty days after Federal Respondents' file their answer or response to the Petition (Dkt. No. 1).

Dated: November 21, 2011.

                                            BY THE COURT:

                                            ***s/John L. Kane***
                                            JOHN L. KANE, District Judge