IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02428-AP

JAMES KLEINERT, et al.,

    Petitioners,

v.

KEN SALAZAR, et al.,

    Federal Respondents.

---

**PETITIONERS' AND FEDERAL RESPONDENTS'
JOINT CASE MANAGEMENT PLAN FOR PETITION FOR REVIEW OF AGENCY
ACTION IN ENVIRONMENTAL CASE**

---

The Federal Respondents, Ken Salazar, Secretary of the U.S. Department of the Interior; Robert Abbey, Director, U.S. Bureau of Land Management; Helen Hankins, BLM Colorado State Director, Connie Clementson, Field Manager of BLM's Tres Rios Field Office,[1] and Greg Shoop, District Manager for BLM's Front Range District (collectively, "Federal Respondents"), and Petitioners James Kleinert, et al., hereby file their Joint Case Management Plan per the Court's January 25, 2011 Order (Dkt. No. 45).

**1.     APPEARANCES OF COUNSEL**

A.     <u>For Petitioners</u>:

---

[1]     The BLM component of the Dolores Public Land Office has been renamed the Tres Rios Field Office.

1

DIANE WOLFSON
Law Office of Diane Wolfson
560 Mountain Village Blvd., Suite 102A
Mountain Village, CO 81435
Telephone: (970) 728-4471
Facsimile: (970) 369-1429
Email: Wolfson@TellurideLaw.com

B.   For Federal Respondents:

J. BRETT GROSKO
Trial Attorney (Md. Bar)
United States Department of Justice
Wildlife and Marine Resources Section
601 D Street, N.W.
Washington, D.C. 20004
Telephone: (202) 305-0342
Facsimile: (202) 305-0275
Brett.Grosko@usdoj.gov

JOANNA K. BRINKMAN
Trial Attorney (IL Bar)
United States Department of Justice
Natural Resources Section
601 D St. N.W.
Washington, D.C. 20004
Telephone: (202) 305-0476
Facsimile: (202) 305-0267
Joanna.Brinkman@usdoj.gov

## 2.   STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Petitioners argue that there is subject matter jurisdiction based on the principles of final agency action, standing and ripeness. The Federal Respondents contend that this Court lacks subject matter jurisdiction over Petitioners' claims based on, *inter alia*, principles of mootness, lack of standing, ripeness, and sovereign immunity. Federal Respondents further argue that one or more of Petitioners' claims is barred by the statute of limitations, and purports to

challenge an agency action that is not final under the Administrative Procedure Act ("APA"), 5 U.S.C. § 704.

3. **DATES OF FILING OF RELEVANT PLEADINGS**

    A.    Date Petition for Review Was Filed: **September 14, 2011.**

    B.    Date Petition for Review Was Served on U.S. Attorney's Office:

          **October 24, 2011.**

    C.    Date Answer to Petition Was Filed:

          **January 20, 2012.**

4. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties do not believe that this case raises unusual claims or defenses.

5. **OTHER MATTERS**

Petitioners plan to file an amended complaint on or before February 13, 2012, after which a revised case management report will need to be filed. To the extent an amended complaint is filed, the Federal Respondents intend to request an extension of time to permit them 60 days to respond to or answer the amended complaint. The Petitioners do not have an objection to such a request.

6. **PROPOSED BRIEFING SCHEDULE**

    A.    Deadline for Filing Administrative Record:

          **March 15, 2012.**

    B.    Deadline for Parties to Confer on Record Disputes:

          **April 16, 2012.**

    C.    Deadline for Filing Motions to Complete and/or Supplement the Administrative Record:

          **May 16, 2012.**

D. **Petitioners' Opening Brief Due:**

**June 15, 2012.** The page limit for this brief shall be 25 pages.

E. **Federal Respondents' Response Brief Due:**

**July 16, 2012.** The page limit for this brief shall be 40 pages.

F. **Petitioners' Reply Brief (If Any) Due:**

**July 30, 2012.** The page limit for this brief shall be 15 pages.

7. **STATEMENTS REGARDING ORAL ARGUMENT**

　　A. **Petitioners' Statement:**

**Petitioners do not request oral argument.**

　　B. **Federal Respondents' Statement:**

**Federal Respondents do not request oral argument.**

8. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

　　A. ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

　　B. (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

9. **OTHER MATTERS**

PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO. LCivR 5.1(G) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON ALL ATTORNEYS OF RECORD AND ALL PRO SE PARTIES. PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR

CONTINUANCES MUST COMPLY WITH D.C. COLO. LCivR 6.1(E) BY SERVING SUCH MOTION UPON THE MOVING ATTORNEY'S CLIENT.

10. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 9th day of February, 2012.

BY THE COURT:

APPROVED:

U.S. DISTRICT COURT JUDGE

/s/ *Diane Wolfson* (with permission)

DIANE WOLFSON
Law Office of Diane Wolfson
560 Mountain Village Blvd., Suite 102A
Mountain Village, CO 81435
Telephone: (970) 728-4471
Facsimile: (970) 369-1429
Email: Wolfson@TellurideLaw.com

IGNACIA S. MORENO
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division
SETH M. BARSKY, Chief
Wildlife and Marine Resources Section

/s/ *J. Brett Grosko*

J. BRETT GROSKO
Trial Attorney (Md. Bar)

United States Department of Justice
Wildlife and Marine Resources Section
601 D Street, N.W.
Washington, D.C. 20004
Telephone: (202) 305-0342
Facsimile: (202) 305-0275
Brett.Grosko@usdoj.gov

JOANNA K. BRINKMAN
Trial Attorney (IL Bar)
United States Department of Justice
Natural Resources Section
601 D St. N.W.
Washington, D.C. 20004
Telephone: (202) 305-0476
Facsimile: (202) 305-0267
Joanna.Brinkman@usdoj.gov

*Attorneys for Federal Respondents*

OF COUNSEL:

Danielle DiMauro
Office of the Regional Solicitor
Rocky Mountain Region
755 Parfet St., Suite 151
Lakewood, Colorado 80215